IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SCOTT PEDERSEN, M.D. PHILIP WASHBURN,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, KEVIN JOHNSON, STEVE YAMATA,<br><br>　　　　　　　　Defendants. | **ORDER**<br><br>Case No.  1:11-CV-0016<br><br>Judge Clark Waddoups |

　　　　This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B).  On August 31, 2011, Judge Alba issued a report and recommendation (R&R) regarding Defendants' motion to dismiss Plaintiff's summons and complaint (Dkt. No. 11) and motion to quash Plaintiff's summons and complaint (Dkt. No. 13).  Because no objection has been made within 14 days of the R&R, the court APPROVES AND ADOPTS the Magistrate Judge's R&R in its entirety.  Defendants' motion to dismiss is GRANTED.  (Dkt. No. 11.)  Defendants' motion to quash is DENIED as moot.  (Dkt. No. 13.)

　　　　SO ORDERED, this 10th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge